FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 1 0 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ M DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

MICHAEL BAILEY
United States Attorney
District of Arizona
Anthony W. Church
Assistant United States Attorney
Arizona State Bar No. 021025
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: anthony.church@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Darrien Wallen,<br><br>Defendant. | NO. **CR-20-08044-PCT-SMB (JZB)**<br><br>**I N D I C T M E N T**<br><br>VIO: 18 U.S.C. § 3<br>(Accessory After the Fact)<br>Count 1<br><br>18 U.S.C. §§ 922(k) and 924(a)(1)(B)<br>(Possession of a Firearm with an Obliterated Serial Number)<br>Count 2<br><br>26 U.S.C. §§ 5845(a), 5861(d), and 5871<br>(Possession of Unregistered Firearm)<br>Count 3<br><br>18 U.S.C. § 1001(a)(2)<br>(False Statement to Government Agency)<br>Count 4<br><br>18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §853, 26 U.S.C. 5872, and 28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

**<u>COUNT 1</u>**

On or about February 3, 2019, in the District of Arizona, the defendant, DARRIEN WALLEN, knowing that an offense against the United States had been committed, that is, Second

Degree Murder, in violation of 18 U.S.C. Section 1111, did intentionally receive, relieve, comfort and assist Aubrey Aday, in order to hinder and prevent his apprehension, trial and punishment.

In violation of Title 18, United States Code, Section 3.

## COUNT 2

On or between February 1, 2019 and February 7, 2019 in the District of Arizona, DARRIEN WALLEN, did knowingly possess, in and affecting interstate commerce, a firearm that is a Lorcin .380 pistol, from which the manufacturer's serial number had been removed, altered and obliterated.

In violation of Title 18, United States Code, Section 922(k) and 924(a)(1)(B).

## COUNT 3

On or about February 3, 2019, in the District of Arizona, DARRIEN WALLEN, did knowingly possess a firearm, that is: one silver Hopkins and Allen Arms Company shotgun, serial number N7580; which is a shotgun having a barrel of less than 18 inches in length, not registered to DARRIEN WALLEN in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5845(a), 5861(d), and 5871.

## COUNT 4

On or about February 7, 2019, in the District of Arizona, DARRIEN WALLEN, did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by falsely telling a Federal Bureau of Investigation special agent that he did not possess a short barrelled shotgun that had been used to commit a homicide. The statement and representation was false because as DARRIEN WALLEN then and there knew, he did possess the weapon after the homicide and sold it to another individual.

In violation of Title 18, United States Code, Section 1001(a)(2).

## FORFEITURE ALLEGATION

The United States Attorney realleges and incorporates the allegations of Count 2 of this Indictment, which is incorporated by reference as though fully set forth herein.

-2-

Pursuant to Title 18 United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, Title 26, United States Code, Section 5872, Title 28, United States Code, Section 2461(c), and upon conviction of the offense alleged in Count 2 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including, but not limited to the following involved and used in the offense:

One Lorcin brand .380 pistol with the serial number obliterated.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s):

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States to seek forfeiture of any other property of said defendant(s) up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL

*S/*

_____
FOREPERSON OF THE GRAND JURY
Date: March 10, 2020

MICHAEL BAILEY
United States Attorney
District of Arizona

*S/*
_____
ANTHONY W. CHURCH
Assistant U.S. Attorney

-3-